**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TIMOTHY SCHELL,                  : No. 398 MAL 2014

                  Petitioner     :
                                     :
                                     : Petition for Allowance of Appeal from the
                                     : Order of the Commonwealth Court
                 v.                 :
                                     :
                                     :

RAYMOND GUTH AND CORPORAL    :
FRANCIS J. BARRETT,                :
                                     :
                  Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.